# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BENY MESIKA and ELIZABETH KUECHER,<br><br>**Defendants.** | CRIMINAL ACTION FILE<br><br>NO. 1:16-CR-224-MHC-CMS |

## ORDER

This action comes before the Court on the Final Report and Recommendation ("R&R") of Magistrate Judge Catherine M. Salinas [Doc. 121] recommending that Defendant Mesika's Motion and Amended Motion to Suppress Statements [Doc. 47, 61] and both Defendants' Motion to Suppress Evidence Relating to Search Warrants [Docs. 46, 110] be denied. The Order for Service of the R&R [Doc. 122] provided notice that, in accordance with 28 U.S.C. § 636(b)(1) (2012), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order. Defendant Mesika sought and obtained an extension of time to April 27, 2018, to file any objections to the R&R. Apr. 16. 2018, Order [Doc. 125]. No objections have been filed by either Defendant within the time permitted.

Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge,"

28 U.S.C. § 636(b)(1). Based upon the absence of objections to the R&R, in accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no clear error and that the R&R is supported by law.

Accordingly, the Court **ADOPTS** the R&R [Doc. 121] as the Opinion and Order of the Court. It is hereby **ORDERED** that Defendants' First Particularized Motion to Suppress Evidence Relating to Search Warrants [Doc. 46, 110], and Defendant Mesika's First Particularized Motion to Suppress Statements [Doc. 47] and First Amended Motion to Suppress Evidence [Doc. 61] are **DENIED**.

It is further **ORDERED** that the time between the date the Magistrate Judge certified Defendant ready for trial on March 30, 2018, and the issuance of this Order, shall be excluded in calculating the date on which the trial of this case must commence under the Speedy Trial Act because the Court finds that the delay is for good cause, and the interests of justice in providing Defendants with the right to file objections to the R&R outweigh the right of the public and the right of the defendant to a speedy trial, pursuant to 18 U.S.C. § 3161, *et seq*.

**IT IS SO ORDERED** this 7th day of May, 2018.

MARK H. COHEN
United States District Judge