## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**UNITED STATES OF AMERICA**

**V**                                                                                    **CRIMINAL INDICTMENT NO.**

**BENY MESIKA,**                                                    **1:16-CR-00224-MHC-CMS-3**

    **Defendant**

### CONSENT MOTION TO CONTINUE TRIAL CALENDAR

COMES NOW the Defendant above-named, by and through undersigned counsel, and moves the Court to enter an order continuing the Trial in the above-captioned matter. In support thereof, Defendant shows as follows:

1. On May 11, 2018, the Court issued an Order setting the trial in this case to commence on November 5, 2018, at 9:30 a.m. A pretrial conference was also set on October 30, 2018, at 10:00 a.m.

2. Undersigned is lead counsel for the Defendant in ***State of Georgia v. Keenan Robinson***, Indictment No. 15-B-02982-6, which was specially set for trial commencing on November 5, 2018, before Judge Batchelor in the Superior Court of Gwinnett County. (see attached) The Defendant is charged with, ***inter alia***, Murder and the trial is anticipated to last one week.

3. The Defendant brings this motion asking the Court to enter an Order continuing his case from the November 5, 2018, trial calendar.

4. Undersigned counsel is authorized to state that Cassandra

Schansman, Assistant United States Attorney and Kimberly Cornwell, counsel for co-defendant Elizabeth Kutcher, consent to the continuance of the trial.

WHEREFORE, the Defendant, based upon the within and foregoing, moves this Court to enter an Order continuing this case from the November 5, 2018, trial calendar and to exclude the appropriate amount of time pursuant to the provisions of the Speedy Trial Act.

This 11th day of October, 2018.

Respectfully submitted,

/s/ Bruce S. Harvey
LAW OFFICE OF BRUCE S. HARVEY
ATTORNEYS FOR DEFENDANT
Bruce S. Harvey, #335175

146 Nassau Street, NW
Atlanta, Georgia 30303
bruce@bharveylawfirm.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Consent Motion to Continue Trial Calendar using the Court's CM/ECF system which will deliver a copy to all registered to receive service via CM/ECF, addressed as follows:

>Cassandra Schansman, AUSA
>United States Attorney's Office
>75 Ted Turner Dr., SW
>Atlanta, Georgia 30303

This 11th day of October, 2018.

>/s/ Bruce S. Harvey
>LAW OFFICE OF BRUCE S. HARVEY
>ATTORNEYS FOR DEFENDANT
>Bruce S. Harvey, #335175

146 Nassau Street, NW
Atlanta, Georgia 30303
bruce@bharveylawfirm.com

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

STATE OF GEORGIA
vs
KEENAN MOREY ROBINSON

Criminal No  15-B-02982-6

**ORDER**

The above referenced case shall be specially set for trial commencing on the 5th day of November, 2018, at 9:00 a.m. in the Gwinnett Superior Court, Gwinnett Justice and Administration Center, 75 Langley Drive, Lawrenceville, Georgia, Courtroom 3C

All parties must attend

SO ORDERED this 2o day of June, 2018

Honorable Ronnie K. Batchelor,
Judge, Gwinnett Superior Court

Cf
Division 6
Gwinnett County District Attorney's Office

Bruce Harvey
Attorney At Law
146 Nassau Street
Atlanta, GA 30303