# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BENY MESIKA AND<br>ELIZABETH KEUCHER,<br><br>    Defendants. | CRIMINAL ACTION FILE<br><br>NO. 1:16-CR-224-MHC |

## ORDER CONTINUING PLEA HEARING AND SCHEDULING NEW TRIAL DATE

This matter having come before the Court on the Consent Motion to Continue Trial Calendar [Doc. 142], and there being no opposition to the continuance of these plea there being good cause shown:

IT IS HEREBY ORDERED that the trial in this case shall commence on April 8, 2019, at 9:30 a.m. in Courtroom 1905. A pretrial conference shall be held on April 3, 2019 at 10:00 A.M. in Courtroom 1905. Motions in limine and proposed voir dire shall be filed on or before March 20, 2019, and responses to motions in limine shall be filed on or before March 27, 2019. Only one consolidated motion in limine shall be filed by each party and the motion shall not

exceed 25 pages. The response brief to the motion in limine shall not exceed 25 pages.

A single, unified set of requests to charge and proposed verdict forms are required to be filed the day prior to the pre-trial conference and emailed to the Courtroom Deputy Clerk in Microsoft Word format.  Where a proposed instruction is not agreed upon, the parties should indicate who is proposing the instruction and the legal basis for the instruction and for the other party's opposition to the instruction.  Counsel must use the Eleventh Circuit Pattern Jury Instructions, if applicable.

A court order is required to bring boxes of exhibits, projectors, laptop – virtually anything necessary for use at trial – into the courthouse.  A party who needs to bring such materials into the courthouse shall file a motion, with proposed order, detailing the equipment that party wishes to bring into the courtroom.  This should be done not less than three (3) business days prior to the trial, to allow for proper notification to the United States Marshals Service.

The time between the date of this Order and the date of the beginning of the trial of April 8, 2019, shall be excluded in calculating the date on which the trial of this case must commence under the Speedy Trial Act because the Court finds that the delay is for good cause, and the interests of justice in granting the continuance

outweigh the right of the public and the right of the defendant to a speedy trial, pursuant to 18 U.S.C. § 3161, *et seq.*

**IT IS SO ORDERED** this 11th day of October, 2018.

_____
MARK H. COHEN
United States District Judge