| | |
|---|---|
| LAW OFFICES OF<br>**BRUCE S. HARVEY** | BRUCE S. HARVEY<br>BRUCE@BHARVEYLAWFIRM.COM<br>JANEE HAWKINS<br>JANEE@BHARVEYLAWFIRM.COM |

November 12, 2018

Honorable Mark H. Cohen
Judge, United States District Court
Northern District of Georgia
1921 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Honorable Catherine M. Salinas
United States Magistrate Judge
1807 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

      RE:   *United States v Beny Mesika*, Indictment No. 1:16-CR-00224-MHC-CMS

Dear Judge Cohen and Judge Salinas:

      I am lead counsel for the Defendant Beny Mesika in the above-captioned matter. This letter is to notify the Court pursuant to Local Rule 83.1(E)(3), Northern District of Georgia, that in addition to my previously filed leave of absence, I am also requesting a leave of absence for the following dates:

      12/3/2018 – 12/21/2018        Applicant will be on medical leave.

      I ask that the Court not schedule any court appearances in this matter during this time period.

      Please feel free to contact me if you have any questions or concerns.

                                Best regards,

                                /s/ Bruce S. Harvey
                                Attorney for Defendant

cc: Cassandra Schansman, AUSA
    Kelly K. Conners, AUSA