IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Beny Mesika<br>Elizabeth Kuecher | Criminal Action No.<br><br>1:16-CR-224-MHC |

**Government's Motion for Leave to File Dismissal**

The Defendants having entered pleas to Criminal Informations, which were docketed separately, the United States hereby moves the Court for leave to dismiss Counts 1-25 of the Superseding Indictment, filed December 19, 2017, charging Beny Mesika and Elizabeth Kuecher with violations of 21 U.S.C. Sections 846, 841, 331(a), and 333(a)(2), and 18 U.S.C. Sections 371, 545, and 1957, and Movant prays leave of Court to file the same.

Respectfully submitted,

KURT R. ERSKINE
*Acting United States Attorney*

By:  Kelly K. Connors
*Assistant United States Attorney*
Georgia Bar No. 504787
Kelly.Connors@usdoj.gov

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

## Order

Now, to-wit, on the 19th day of May, 2021, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

_____
MARK H. COHEN
UNITED STATES DISTRICT JUDGE